2020R00085/AS/DAF

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 22- 308 (RBK) |
| v. | : | |
| DUSTIN AARON PETERS | : | 18 U.S.C. § 922(a)(4) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for District of New Jersey charges:

On or about January 9, 2020, in Cape May County, in the District of New Jersey and elsewhere, the defendant,

DUSTIN AARON PETERS,

not being a licensed dealer, importer, manufacturer and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly transport in interstate commerce a machinegun, as defined in 26 U.S.C. § 5845(b), namely, a Romarm/Cugir AK-47 7.62 Caliber rifle, bearing serial number NM575, which was modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, without the specific authorization of the Attorney General.

In violation of Title 18, United States Code, Section 922(a)(4).

## FORFEITURE ALLEGATION

1. The allegations contained in this Information are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(a)(4), set forth in this Information, the defendant,

DUSTIN AARON PETERS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to the following:

   i. one Century Arms TP9 Version 2 Serial # T6472-17A100211;
   ii. one AK-47 7.62 Caliber Romarm/Cugir Serial # NM575, loaded with 7 live rounds;
   iii. seven 7.62 caliber magazines with 30 round capacities;
   iv. twelve (12) hollow point 9MM rounds;
   v. seven ball 9MM rounds;
   vi. two 20 round 9MM magazines;
   vii. two 18 round 9MM magazines;
   viii. one 9MM holster;
   ix. one box 7.62 caliber ammunition (40 rounds);
   x. two boxes 5.45 ammunition (20 rounds each);
   xi. twenty-three (23) 7.62 caliber rounds;

SUBSTITUTE ASSETS PROVISION

3. If any of the above forefeitable property, as a result of any act of omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

*[signature: Philip R. Sellinger by AZ]*

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: _____

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**DUSTIN AARON PETERS**

# INFORMATION FOR

**18 U.S.C. § 922(a)(4)**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ALISA SHVER
DANIEL A. FRIEDMAN
ASSISTANT U.S. ATTORNEYS
CAMDEN, NEW JERSEY
(856) 757-5026