PROB 12A
(6/21)

# United States District Court

для

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Dustin Aaron Peters             Cr.: 22-00308-001
                                                                       PACTS #: 6443151

Name of Sentencing Judicial Officer:   THE HONORABLE ROBERT B. KUGLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/07/2022

Original Offense:   Count 1: Importing/Manufacturing Firearms, 18:922A.F

Original Sentence: 98 Days imprisonment (time served), 24 months supervised release

Special Conditions: Special Assessment, Search/Seizure, Location Monitoring Program

Type of Supervision: Supervised Release              Date Supervision Commenced: 09/07/2022

### STATUS UPDATE

Mr. Peters resides in Beaumont, Texas and is being supervised by the U.S. Probation Office (USPO) in the Eastern District of Texas (ED/TX).  According to the USPO in the ED/TX, Mr. Peters has been compliant with the conditions of his release. Mr. Peters is requesting permission to sail a boat he has purchased for his job from Kemah, Texas to Port Arthur, Texas (approximately one hour from Beaumont).  This boat will be used to show future clients his quality of work.  The USPO in the ED/TX does not object to this travel.  Mr. Peters is currently on location monitoring, and the USPO in the ED/TX is requesting the Court's approval to suspend Mr. Peters from location monitoring from Saturday February 4, 2023, at 8:30am until Monday February 6, 2023, at 12:00am. The USPO in the ED/TX has also requested that jurisdiction be transferred to their district.

U.S. Probation Officer Action:

The U.S. Probation Office for the District of New Jersey has no objection to the request as noted above for employment purposes only. Our office also has no objection to transferring jurisdiction to the ED/TX. We have attached a Probation Form 22 for Your Honor's review and signature.

Prob 12A – page 2
Dustin Aaron Peters

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin M. Villa*

By: KEVIN M. VILLA,
Supervising U.S. Probation Officer

/ kv

---

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ The Court allows the U.S. Probation Office in the Eastern District of Texas to suspend location monitoring on the dates noted above for employment purposes and transferring jurisdiction to the ED/TX (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

February 1, 2023
_____
Date