

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *ALINA HABBA*<br>*United States Attorney* | *Camden Federal Building & U.S. Courthouse*<br>*Post Office Box 2098, 401 Market Street, 4th Floor*<br>*Camden, New Jersey 08101-2098* | *856/757-5026*<br>*Fax: 856/968-4917* |

July 24, 2025

Marcy Plye, Deputy in Charge
United States District Court
401 Cooper Street
Camden, New Jersey 08101

      Re:    U.S. v. Dustin Aaron Peters
              Crim. No. 22-00308 (RBK)

Dear Mrs. Plye:

    Please be advised that the above-mentioned matter has been completed with respect to defendant **Dustin Aaron Peters**.

    Kindly cancel your ORDER Setting Conditions of Release, dated April 16, 2020, in the Unsecured amount of **$100,000**.

                                            Very truly yours,

                                            ALINA HABBA
                                            United States Attorney

                                            */s/ **Daniel A. Friedman***
                      By:    DANIEL A. FREIDMAN
                                            Assistant U.S. Attorney